**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| Marchell O'Brien,<br><br>             Plaintiff,<br><br>   v.<br><br>Advance America d/b/a AARC, LLC,<br><br>         Defendant. | Civil Action No.:  3:23-cv-00226-E |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY**
**DISMISSAL OF ACTION WITH PREJUDICE**
**PURSUANT TO RULE 41(a)**

Plaintiff, Marchell O'Brien (hereinafter "Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: June 8, 2023

                     Respectfully submitted,

              By:    */s/ Jody B. Burton*

                   Jody B. Burton, Esq.
                   LEMBERG LAW, L.L.C.
                   43 Danbury Road
                   Wilton, CT 06897
                   Telephone: (203) 653-2250
                   Facsimile:  (203) 653-3424
                   *Attorneys for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 8, 2023, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court Northern District of Texas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By   */s/ Jody B. Burton*

Jody B. Burton, Esq.